1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  LAQUETTE LOUISE HALEY, | ) Case No.: 8:23-cv-02088-JC |
| 12         Plaintiff, | ) ORDER AWARDING EQUAL |
| 13    vs. | ) ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES |
| 14  MARTIN O'MALLEY, | ) PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 |
|     Commissioner of Social Security, | ) U.S.C. § 1920 |
| 15 | ) |
| 16         Defendant | ) |
| 17 | |

18   Based upon the parties' Stipulation for the Award and Payment of Equal
19 Access to Justice Act Fees, Costs, and Expenses:
20   IT IS ORDERED that fees and expenses in the amount of $3,497.48 as
21 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be
22 awarded subject to the terms of the Stipulation.
23 DATE:     April 19, 2024
24
                                    /s/
                    _____
25                  HONORABLE JACQUELINE CHOOLJIAN
                    UNITED STATES MAGISTRATE JUDGE
26